UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:20mj04026 Reid - 3CCD__

UNITED STATES OF AMERICA

vs.

MARK ANTHONY LLOYD,

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X  No

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:   */s/ Shane Butland*
       SHANE R. BUTLAND
       Assistant United States Attorney
       Court ID No. A5502525
       99 NE 4th Street 4th Floor
       Miami, FL 33132
       Telephone: (305) 961-9123
       E-Mail: Shane.Butland@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:20mj04026 Reid - 3CCD |
| MARK ANTHONY LLOYD, | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 14, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 963 | Conspiracy to Import a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

SA *Christopher Shuman* (signature)
*Complainant's signature*

Special Agent Christopher Shuman, HSI ICE
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: 11/16/2020

*Judge's signature*

City and state: Miami, Florida

Lisette M. Reid, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Shuman, being first duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Department of Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), and have worked in this capacity since September 2019. I am currently assigned to the Miami International Airport ("MIA") Cargo Conspiracy Group within the Miami Field Office. My official duties include investigating violations of federal narcotics law, including narcotics smuggling involving the use of aircraft. Prior to joining HSI, I was a law enforcement officer with the Miami Gardens Police Department for 12 years. I have participated in both international and domestic narcotics investigations.

2. As a law enforcement officer within the meaning of Section 878 of Title 21, United States Code, I am empowered by law to conduct investigations of, and make arrests for, but not limited to, offenses enumerated in Title 21 of the United States Code.

3. This Affidavit is submitted for the limited purpose of establishing probable cause to arrest Mark Anthony Lloyd ("LLOYD") for Conspiracy to Import a Controlled Substance, in violation of Title 21, United States Code, Section 963, Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846; and the Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

4. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me or other law enforcement officers involved in this investigation. The facts and information contained in this Affidavit are based on my personal knowledge and observation, as well as information received in my official capacity from other individuals, including other law enforcement officers involved in this

1

investigation, as well as my review of records, documents, and other physical items obtained during the course of this investigation.

## PROBABLE CAUSE

5. On or about November 14, 2020, at approximately 2:45 a.m., Amerijet flight number N396CM ("the Aircraft"), arrived at the Miami International Airport ("MIA") from El Salvador.

6. Upon the flight's arrival, several mechanics employed by Amerijet International Inc., including LLOYD, approached the aircraft to perform the required mechanical checks, assist the pilots with disembarking the aircraft, and to remove any cargo. LLOYD had arrived three (3) hours prior to his scheduled shift without prior authorization from his supervisor, "R.S.," and ignored R.S.'s directive to work on different aircraft.

7. LLOYD drove a white Amerijet maintenance van ("the Van") up to the Aircraft, which he procured from his co-worker, "M.G.," by representing that he had a dire need for it. LLOYD positioned the Van near the rear of the Aircraft where the Aircraft's cargo was stored.

8. R.S. observed LLOYD enter the cargo area of the Aircraft and unhook the cover of the bulk cargo compartment. R.S. also observed LLOYD holding rectangular packages, which R.S. believed to be narcotics, while inside the cargo area of the Aircraft, and observed LLOYD place the packages into a red and black bag. Upon observing LLOYD's conduct, R.S. retrieved LLOYD's employment identification and suspended LLOYD, at which time LLOYD departed the premises.

9. Shortly thereafter, R.S. and M.G. observed LLOYD in MIA's north side parking lot aiming a flashlight in the bushes before departing in a 2018 Ford Escape bearing Florida license plate NNWF83, which is registered to LLOYD.

2

10. Amerijet maintenance worker "A.R.," who was assigned to perform mechanical maintenance checks on the Aircraft when it landed, observed several packages containing suspected narcotics in plain view behind the driver's seat of the Van. A subsequent consent search of the Van revealed sixteen (16) packages that field tested positive for cocaine. Law enforcement's search of the Aircraft revealed an additional nineteen (19) packages, all of which were packaged similar to those recovered from the Van, and all of which field tested positive for cocaine. In total, 41.65 kilograms of cocaine was recovered from the Van and the Aircraft.

11. Law enforcement subsequently arrested LLOYD. After being placed in custody, LLOYD provided written consent for law enforcement to search LLOYD's 2018 Ford Escape and residence. Law enforcement used a K9 to assist with the searches. The K9 alerted to a red and black bag in LLOYD's vehicle. A search of that bag did not reveal any narcotics; however, video surveillance at MIA revealed that LLOYD departed the airport with the same red and black bag.

12. Based on the foregoing, your Affiant respectfully submits that there exists probable cause to believe that LLOYD committed the offenses of Conspiracy to Import a Controlled Substance, in violation of Title 21, United States Code, Section 963; Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846; and Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SA *Christopher Shuman*
Special Agent Christopher Shuman
Homeland Security Investigations
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements
of Fed. R. Crim. P. 4.1 by FaceTime this __16th__ day of November, 2020.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

4